IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-335 (LPS) (CJB) |
| UBISOFT ENTERTAINMENT SA, | ) ) | |
| Defendant. | ) | |

**NOTICE OF INSTITUTION OF PETITION FOR *INTER PARTES* REVIEW AND
NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW BY UBISOFT**

The Court requested that Ubisoft "timely advise the Court of the PTO's decision as to whether to grant review of the '129 Patent." D.I. 52, Order Granting Motion to Stay, at 14. The PTO issued its decision instituting the Harmonix *Inter Partes Review* of claims 10, 11, 22, and 23, in IPR2014-00155. Ex. A. The PTO will issue its decision on the validity of claims 10, 11, 22, and 23 before May 9, 2015. *See* 35 U.S.C. § 316(a)(11).

Additionally, Ubisoft filed a separate Petition for *Inter Partes* review of the '129 Patent on April 15, 2014, which has been assigned case number IPR2014-00635. Ex. B. Ubisoft's IPR petition challenges the validity of all claims of the '129 patent. The PTO will issue its decision regarding institution of the Ubisoft IPR petition on or before October 23, 2014.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant*
*Ubisoft Entertainment SA*

OF COUNSEL:

Eric A. Buresh
Michelle L. Marriott
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, KS  66211
(913) 777-5600

May 16, 2014
8249145.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 16, 2014, upon the following in the manner indicated:

Sean T. O'Kelly, Esquire                                  *VIA ELECTRONIC MAIL*
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE  19801
*Attorneys for Princeton Digital Image*
*Corporation*

Jeffrey L. Kaplan, Esquire                               *VIA ELECTRONIC MAIL*
Keith Giovannoli, Esquire
KAPLAN BREYER SCHWARTZ & OTTESEN, LLP
100 Commons Way, Suite 250
Holmdel, NJ  07733
*Attorneys for Princeton Digital Image*
*Corporation*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)