# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Rodger D. Smith II**
(302) 351-9205
rsmith@mnat.com

April 30, 2018

The Honorable Christopher J. Burke                          *VIA ELECTRONIC FILING*
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *Princeton Digital Image Corp. v. Konami et al.*, C.A. No. 12-1461 (LPS) (CJB);
   *Princeton Digital Image Corp. v. Ubisoft, Inc.*, C.A. No. 13-335 (LPS) (CJB)

Dear Judge Burke:

Pursuant to the Court's April 16, 2018 Order (C.A. No. 12-1461, D.I. 285), counsel for Defendants Konami Digital Entertainment, Inc., Harmonix Music Systems, Inc., Electronic Arts, Inc., Ubisoft Entertainment SA, and Ubisoft, Inc. have searched their email records for emails discussing infringement or damages issues specific to an individual Defendant. Counsel for Defendants have located potentially responsive emails. Those emails are described in the attached privilege log. Defendants will submit the emails to the Court for *in camera* review upon the Court's request.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

Enclosure
cc:   Clerk of Court (via hand delivery)
      All Counsel of Record (via electronic mail)