IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-335 (LPS) (CJB) |
| | ) | |
| UBISOFT ENTERTAINMENT SA and UBISOFT, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT UBISOFT, INC.'S MOTION TO STRIKE
EXPERT REPORT OF DAVID YURKERWICH**

Pursuant to Federal Rule of Evidence 702 and *Daubert*, Defendant Ubisoft, Inc.
("Ubisoft") moves to strike the May 31, 2018 expert report of Plaintiff Princeton Digital Image
Corporation's ("PDI") damages expert, David Yurkerwich, and to exclude his testimony. The
grounds for this motion are set forth in Defendant's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com

OF COUNSEL:

Eric A. Buresh
Michelle L. Marriott
Mark C. Lang
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS  66211
(913) 777-5600

*Attorneys for Defendant Ubisoft, Inc.*

September 21, 2018
12217445

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 21, 2018, upon the following in the manner indicated:

Sean T. O'Kelly, Esquire                                 *VIA ELECTRONIC MAIL*
Daniel P. Murray, Esquire
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE  19801
*Attorneys for Plaintiff Princeton Digital Image*
*Corporation*

Michal J. Lennon, Esquire                                *VIA ELECTRONIC MAIL*
Mark A. Chapman, Esquire
Michael S. Turner, Esquire
Ksenia Takhistova, Esquire
Ryan J. Sheehan, Esquire
HUNTON ANDREWS KURTH LLP
One Broadway
New York, NY  10004
*Attorneys for Plaintiff Princeton Digital Image*
*Corporation*

Susan A. Smith, Esquire                                  *VIA ELECTRONIC MAIL*
HUNTON ANDREWS KURTH LLP
1350 I Street NW, Suite 1100
Washington, DC  20005
*Attorneys for Plaintiff Princeton Digital Image*
*Corporation*

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)