IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> UBISOFT ENTERTAINMENT SA and UBISOFT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 13-335 (LPS) (CJB) ) ) ) ) ) ) |

**DECLARATION OF MICHELLE L. MARRIOTT IN SUPPORT OF DEFENDANT UBISOFT'S MOTION FOR FEES AND EXPENSES**

I, Michelle L. Marriott, declare the following:

1. I am an attorney with the law firm Erise IP, P.A. and counsel of record for Ubisoft, Inc. in this matter. I am an attorney in good standing with the State Bar of Missouri. I am over the age of eighteen and make each of the statements below based on my own personal knowledge and, if called as a witness, I could and would testify as to their truthfulness.

2. This Declaration is submitted in support of Defendant Ubisoft's Motion for Fees and Expenses and Opening Brief in Support thereof.

3. Attached hereto as **Exhibit A** is a true and correct copy of the deficiency letter served on counsel for Plaintiff Princeton Digital Imaging Corporation on August 2, 2017, relating to deficiencies in Plaintiff's Supplemental infringement Contentions.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff Princeton Digital Imaging Corporation's Nonconfidential Opening Appeal Brief filed with the Federal Circuit on February 18, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2021 in Overland Park, KS.

/s/ Michelle L. Marriott  
Michelle L. Marriot

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Sean T. O'Kelly, Esquire<br>Daniel P. Murray, Esquire<br>O'KELLY ERNST & BIELLI, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Princeton Digital Image Corporation* | *VIA ELECTRONIC MAIL* |
| Michal J. Lennon, Esquire<br>Mark A. Chapman, Esquire<br>Michael S. Turner, Esquire<br>Ksenia Takhistova, Esquire<br>Ryan J. Sheehan, Esquire<br>HUNTON ANDREWS KURTH LLP<br>One Broadway<br>New York, NY  10004<br>*Attorneys for Plaintiff Princeton Digital Image Corporation* | *VIA ELECTRONIC MAIL* |
| Susan A. Smith, Esquire<br>HUNTON ANDREWS KURTH LLP<br>1350 I Street NW, Suite 1100<br>Washington, DC  20005<br>*Attorneys for Plaintiff Princeton Digital Image Corporation* | *VIA ELECTRONIC MAIL* |

Jonas R. McDavit, EsquireVIA ELECTRONIC MAIL
Tamir Packin, Esquire
William Findlay, Esquire
Franco Silletta, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
*Attorneys for Plaintiff Princeton Digital Image Corporation*

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)